THOMAS C. YOUNG, Deceased, by LORI J. YOUNG, as Administratrix of His Estate, et al., Respondents, v STATE OF NEW YORK, Appellant. [625 NYS2d 997] —Motion to vacate automatic stay dismissed as unnecessary. Memorandum: The stay under CPLR 5519 (a) (1) stays only proceedings to enforce the order on appeal, not all proceedings. "CPLR 5519 does not * * * automatically stay a determination of the claimant's damages" upon an appeal from a judgment on liability *(Brock v State of New York,* 97 Misc 2d 400, 402; *see also, Baker v Board of Educ.,* 152 AD2d 1014). Present—Pine, J. P., Lawton, Balio, Davis and Boehm, JJ.